

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mark Joseph Shumski,

Vs. No. 11-13-00054-CR

The State of Texas,

\* From the 271st District
Court of Wise County,
Trial Court No. CR16247.

\* March 5, 2015

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.